IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------X
SAPPHIRE DOLPHIN LLC,

                Plaintiff,

        v.                                  C.A. No. 14-191-SLR

JWIN ELECTRONICS CORP. d/b/a iLUV CREATIVE
TECHNOLOGY,

                Defendant.
---------------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, ORDERED AND AGREED, by the between the attorneys for the parties in the above-entitled case that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-entitled action is hereby dismissed with prejudice as to any and all claims arising from the Licensed Units encompassed by that certain Settlement and License Agreement entered into between the parties on or about May 20, 2014, and without prejudice as to any other units, without costs or attorneys' fees to plaintiff or defendant. This stipulation may be executed in counterparts and a facsimile shall be as good as an original.

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Frederick L. Cotrell III* |
| Richard D. Kirk (rk0922) | Frederick L. Cotrell III (No. 2555) |
| Stephen B. Brauerman (sb4952) | Christine D. Haynes (No. 4697) |
| Vanessa R. Tiradentes (vt5398) | One Rodney Square |
| Sara E. Bussiere (sb5725) | 920 North King Street |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE  19801 |
| P.O. Box 25130 | (302) 651-7700 |
| Wilmington, DE  19899 | cottrell@rlf.com |
| (302) 655-5000 | haynes@rlf.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | *Attorneys for Defendant jWIN Electronics* |
| vtiradentes@bayardlaw.com | *Corp. d/b/a iLuv Creative Technology* |
| sbussiere@bayardlaw.com | |

*Attorneys for Plaintiff Sapphire Dolphin LLC*

Dated: May 30, 2014


IT IS SO ORDERED this _____ day of May, 2014

                                                                                                                   _____
                                                                                                                   U.S.D.J.