**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------X
SAPPHIRE DOLPHIN LLC,

                    Plaintiff,

              v.                                 C.A. No. 14-191-SLR

JWIN ELECTRONICS CORP. d/b/a iLUV CREATIVE
TECHNOLOGY,

                    Defendant.
---------------------------------------------------------------------X

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

     IT IS HEREBY STIPULATED, ORDERED AND AGREED, by the between the

attorneys for the parties in the above-entitled case that, pursuant to Rule 41 of the Federal Rules

of Civil Procedure, the above-entitled action is hereby dismissed with prejudice as to any and all

claims arising from the Licensed Units encompassed by that certain Settlement and License

Agreement entered into between the parties on or about May 20, 2014, and without prejudice as

to any other units, without costs or attorneys' fees to plaintiff or defendant.  This stipulation may

be executed in counterparts and a facsimile shall be as good as an original.

BAYARD, P.A.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*/s/ Frederick L. Cotrell III*
Frederick L. Cotrell III (No. 2555)
Christine D. Haynes (No. 4697)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for Defendant jWIN Electronics
Corp. d/b/a iLuv Creative Technology*

*Attorneys for Plaintiff Sapphire Dolphin LLC*

Dated: May 30, 2014

IT IS SO ORDERED this _____ day of May, 2014

_____
U.S.D.J.